ROBERT W. FREEMAN
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONNA ARLENE THELIN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, COUNTRY PREFERRED INSURANCE COMPANY, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00878-RFB-CWH<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT (ECF NO. 12) |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its attorneys of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and Plaintiff Donna Arlene Thelin ("Plaintiff"), by and through her counsel of record, THE702FIRM, as follows:

Whereas the due date for the State Farm's Response to Plaintiff's First Amended Complaint (ECF No. 12), is currently due on July 26, 2019;

Whereas the deadline for State Farm's response to Plaintiff's Motion for Remand (ECF No. 13) is also currently due July 26, 2019;

4836-5625-7949.1

Whereas State Farm is concurrently filing its Response to Plaintiff's Motion to Remand wherein State Farm states that while diversity jurisdiction does exist, State Farm does not oppose remand based on Plaintiff's representations that the amount in controversy is less than $75,000; and,

Whereas the decision on Plaintiff's Motion to Remand will determine whether the matter will proceed in this Court or in the Eighth Judicial District, Clark County, Nevada;

IT IS HEREBY AGREED that the deadline for State Farm to file its responsive pleading to Plaintiff's Amended Complaint (ECF No. 12) will be extended to fourteen (14) days after the Court's decision on Plaintiff's Motion to Remand (ECF No. 13).

This is the parties' first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 26 day of July, 2019.

The702Firm

By: _____
Michael C. Kane, Esq.
Nevada Bar No. 10096
Bradley J. Myers, Esq.
Nevada Bar No. 8857
Danielle M. Holt, Esq.
Nevada Bar No. 13152
THE702FIRM
400 S. 7th Street, Suite/Floor 4
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 26th day of July, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
PAMELA L. McGAHA
Nevada Bar No. 08181
CHERYL A. GRAMES
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

ORDER

IT IS SO ORDERED.

DATED this 1 day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4836-5625-7949.1

2